NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**ANDREA ELECTRONICS CORPORATION,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

―――――――――

2023-1454

―――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00626.

―――――――――

**JUDGMENT**

―――――――――

GWENDOLYN TAWRESEY, Troutman Pepper Hamilton Sanders LLP, Boston, MA, argued for appellant. Also represented by WILLIAM D. BELANGER, FRANK D. LIU; ANDREW PETER ZAPPIA, Rochester, NY.

JOSHUA JOHN FOUGERE, Sidley Austin LLP, Washington, DC, argued for appellee. Also represented by THOMAS ANTHONY BROUGHAN, III, JEFFREY PAUL KUSHAN.

―――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 8, 2024
Date

Jarrett B. Perlow
Clerk of Court